752

■ In the Matter of the TOWN OF HYDE PARK, Respondent, v DUTCHESS COUNTY CHAPTER C.S.E.A., INC., TOWN OF HYDE PARK UNIT, Appellant. — Judgment of the Supreme Court, Dutchess County, dated April 14, 1981, affirmed, without costs or disbursements, for reasons stated in the decision of Justice Jiudice at Special Term. Cohalan, J.P., Margett, O'Connor and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM F. BARNES, Appellant. — Appeal by defendant from two judgments of the County Court, Nassau County (Baker, J.), both rendered November 20, 1979, convicting him, upon pleas of guilty, of murder in the second degree and escape in the first degree, and imposing sentences. Judgments affirmed. No opinion. Hopkins, J.P., Weinstein and Thompson, JJ., concur.

Gulotta and Margett, JJ., dissent and vote to reverse the judgments of conviction, vacate the guilty pleas, and remit the matter to the County Court, Nassau County, for further proceedings, with the following memorandum: In light of the initial statements made by the defendant during the plea allocution in which he maintained that he was both intoxicated and "emotionally disturbed" at the time of the instant homicide, it was incumbent upon the court to inquire further before accepting his plea of guilty to murder in the second degree (see *People v Quiles,* 72 AD2d 610; *People v McDougle,* 67 AD2d 989). Moreover, since the contemporaneously entered plea of guilty to escape in the first degree in satisfaction of another indictment was expressly conditioned upon a negotiated agreement that concurrent sentences would be imposed, that plea should also be vacated (see *People v Rogers,* 48 NY2d 167; *People v Clark,* 45 NY2d 432; *People v Schaaff,* 77 AD2d 607; *People v Griffin,* 77 AD2d 666).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK CRENSHAW, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Westchester County (Reilly, J.), rendered May 2, 1980, convicting him of robbery in the first degree and escape in the second degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Cohalan, J.P., Margett, O'Connor and Thompson, JJ., concur.